

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07-86-BLG-SPW-4 |
| Plaintiff, | |
| vs. | ORDER |
| BRANDON MOSIER | |
| Defendant. | |

Upon the Defendant's Motion for Early Termination of Supervision (Doc. 349), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Brandon Mosier's supervision is terminated as of the date of this Order.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

DATED this 5 day of June, 2017.

SUSAN P. WATTERS
United States District Judge